```
United States Bankruptcy Court
    Eastern District of Oklahoma
```

In re:                                                              Case No. 18-81207-TRC
Krista Ann Watts                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1086-7            User: denise              Page 1 of 1            Date Rcvd: Oct 22, 2019
                                Form ID: fnldcree         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.
db             +Krista Ann Watts,    24715 Highline Road,    Spiro, OK 74959-3883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:
              Gerald R. Miller    nancy@gmillerpc.com,   grmiller@ecf.axosfs.com
              Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov
              Ronald H. Lawson    on behalf of Debtor Krista Ann Watts rhl@spiro-law.com,
               brenda@spiro-law.com;lawsonrr68268@notify.bestcase.com
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 18−81207**
**Chapter: 7**

**FILED**
Oct. 22, 2019
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   Krista Ann Watts
   aka Krista Watts
   24715 Highline Road
   Spiro, OK 74959

Social Security No.:
   xxx−xx−5531

Employer's Tax I.D. No.:

# FINAL DECREE

   The above−referenced case has been fully administered.

   IT IS THEREFORE ORDERED THAT:

      1. Gerald R. Miller is discharged as Trustee of the estate of the above−named debtor(s); and

      2. The above−referenced case is closed.

Dated: October 22, 2019

          *s/ Tom R. Cornish*
          UNITED STATES BANKRUPTCY JUDGE